4cca-30   REV. 04/09/06      T R A N S M I T T A L   S H E E T
(Notice of Appellate Action)

| | | |
|---|---|---|
| ___Notice of Filing<br>___Cross Appeal<br>___Interlocutory Appeal<br>___Additional NOA<br>___Amended NOA<br>___Transmittal of Record<br>___Transmittal of Certif.<br>___Supplement to ROA<br>___Supplemental Certif.<br>___Other_____ | UNITED STATES DISTRICT COURT<br>for the<br>____DISTRICT OF _____<br>at_____<br>Caption: | District Court No.:<br>_____<br>4CCA No.:_____<br>Consolidated with No.:<br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed:<br><br><br>2. Amended NOA filed: | 4. Fees<br>____USA no fee required<br>$5 filing fee:     ____paid   ____unpaid<br>$450 docket fee:   ____paid   ____unpaid<br>Pauper status: ____granted ____denied ____pending in dist.ct.<br>Does PLRA Apply? ____Yes ____No   3-strikes? ___Yes ___No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge: | 5. Materials Under Seal in District Court: ___Yes ___No<br>Party Names Under Seal in District Court: ___Yes ___No |
| 6. Official Ct. Reporter(s):<br><br>Contract Court Reporter:<br><br>Coordinator: | 7. Transcript<br>In-Court Hearing Held: ____Yes ____No |
| | 8. Criminal/Prisoner Cases<br>____recalcitrant witness    Defendant's Address:<br>____on death row<br>____in custody<br>____on bond<br>____on probation |

**Part II**          TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #_____ |
|---|---|
| Pleadings: Vols._____ | Pleadings: Vols._____ |
| Transcript: Vols._____ | Transcript: Vols._____ |
| Exhibits: Vols._____ | Exhibits: Vols._____ |
| Depositions: Vols._____ | Depositions: Vols._____ |
| State Ct. Record: Vols._____ | State Ct. Record: Vols._____ |
| Sealed: Vols._____ | Sealed: Vols._____ |
| No. of Boxes:_____ | No. of Boxes:_____ |

Deputy Clerk:_____ Phone:_____ Date:_____