# ORDER