# MEMO,EXHIBIT,…