Test
PDF
Document