# PDF/A Test Document